44 So.2d 925

### Howard N. VOSS v. STATE.
### 7 Div. 42.

Court of Appeals of Alabama.
Jan. 31, 1950.

Rehearing Stricken Feb. 28, 1950.

Appeal from Circuit Court, Calhoun County; W. D. DeBardelaben, Judge.

E. W. Harmon, of Anniston, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

46 So.2d 868

### John Henry WADE v. STATE.
### 6 Div. 49.

Court of Appeals of Alabama.
April 11, 1950.

Appeal from Circuit Court, Walker County; Roy Mayhall, Judge.

Grand larceny.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

44 So.2d 925

### Bill WAITES v. STATE.
### 7 Div. 50.

Court of Appeals of Alabama.
Jan. 17, 1950.

Appeal from Circuit Court, Talladega County; Leslie C. Longshore, Judge.

Petit larceny.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

44 So.2d 925

### Sterling WAITS v. STATE.
### 7 Div. 78.

Court of Appeals of Alabama.
Feb. 28, 1950.

Appeal from Circuit Court, Cherokee County; John M. Snodgrass, Judge.

Distilling.

Irby A. Keener, of Centre, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

47 So.2d 926

### Andrew J. WALKER v. STATE.
### 8 Div. 852.

Court of Appeals of Alabama.
May 9, 1950.

Appeal from Law and Equity Court, Lauderdale County; Raymond Murphy, Judge.

Assault with weapon.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

46 So.2d 869

### David E. WAMBLES v. STATE.
### 4 Div. 140.

Court of Appeals of Alabama.
April 11, 1950.

Appeal from Circuit Court, Coffee County; Chas. C. Brannen, Judge.